1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
3  Telephone: (925) 945-0770
   Facsimile: (925) 945-8792
4
   SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
5  Eric L. Zagar
   Nichole Browning
6  Alison K. Clark
   280 King of Prussia Road
7  Radnor, Pennsylvania 19087
   Telephone: (610) 667-7706
8  Facsimile: (610) 667-7056

9  *Counsel for Lead Plaintiffs*

10                  **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                          **SAN JOSE DIVISION**

13 | In re Agile Software Corporation Derivative Litigation | ) Case No. C 06-07343 JW
14 | | ) **STIPULATION AND [PROPOSED] ORDER SETTLING SCHEDULE**
15 | | )

17      WHEREAS, by Order dated March 15, 2007, this Court consolidated four shareholder
18 derivative complaints filed on behalf of Agile Software Corporation, Inc. ("Agile" or the
19 "Company") all of which allege damages and other injuries sustained by the Company as a result
20 of defendants' stock option backdating and related misconduct;

21      WHEREAS, also by Order dated March 15, 2007, this Court appointed plaintiffs Mary Jo
22 Meek and Steven Rosen as Lead Plaintiffs and appointed the law firms of Schiffrin Barroway
23 Topaz & Kessler, LLP and Lerach Coughlin Stoia Geller Rudman & Robbins, LLP as Co-Lead
24 Counsel;

25      WHEREAS, also by Order dated March 15, 2007, this Court set a hearing on Defendants'
26 anticipated Motion to Dismiss for October 1, 2007;

27

28 STIPULATION AND [PROPOSED] ORDER RE: FILING                                              - 1 -
   AMENDED COMPLAINT AND SETTING PLEADING SCHEDULE
   Case No. C 06-07343 JW
   716175.1

1  WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial
2  efficiency, and will not cause prejudice to any party.
3  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
4  the undersigned, subject to the approval of the Court, as follows:
5      1.    Lead Plaintiffs shall file and serve a Consolidated Complaint no later than June 8,
6  2007, which will supersede all existing complaints filed in this action. Defendants need not
7  respond to the pre-existing complaints.
8      2.    Defendants shall answer or otherwise respond to the Consolidated Complaint no
9  later than forty-five (45) days from the date of service of the Consolidated Complaint.
10     3.    In the event that, in lieu of answering the Consolidated Complaint, any of the
11 Defendants file and serve any motion directed at the Consolidated Complaint, Lead Plaintiffs
12 shall file and serve their opposition to that motion within forty-five (45) days after its service.
13     4.    If Defendants file and serve a reply to Lead Plaintiffs' opposition papers, they
14 shall do so within thirty (30) days after service of the opposition.
15 IT IS SO STIPULATED.

16 Dated May 16, 2007

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP

*[signature]*

Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Eric L. Zagar
Nichole Browning
Alison K. Clark
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Counsel for Lead Plaintiffs*

STIPULATION AND [PROPOSED] ORDER RE: FILING
AMENDED COMPLAINT AND SETTING PLEADING SCHEDULE
Case No. C 06-07343 JW

- 2 -

716175.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May __, 2007 | LERACH COUGHLLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | | *Kathleen Herkenhoff* /by MTD |
| 4 | | Shawn A. Williams (Bar No. 213113) |
| 5 | | Monique C. Winkler (Bar No. 213031) Aelish M. Baig (Bar No. 201279) 100 Pine Street, Suite 2600 |
| 6 | | San Francisco, CA 94111 Telephone: (415) 288-4545 |

LERACH COUGHLLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Travis E. Downs III (Bar No. 148274)
Kathleen Herkenhoff (Bar No. 168562)
Benny C. Goodman III (Bar No. 211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058

*Counsel for Lead Plaintiffs*

Dated: May __, 2007          DLA PIPER US LLP

David Priebe (Bar No. 148679)
2000 University Avenue
East Palo Alto, CA 94303-2215
Telephone: (650) 833-2000

DLA PIPER US LLP
Shirli F. Weiss (Bar No. 079225)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700

*Counsel for Defendants Bryan D. Stolle, Thomas P. Shanahan, Jay B. Fulcher, Carolyn V. Aver, Christopher Wong, Thomas H. Twietmeyer, Kenneth M. Siegel, Gareth Chang, Ronald E.F. Codd, Klaus-Dieter Laidig, Nancy J. Schoendorf and Paul Wahl, and Nominal Defendant Agile Software Corporation*

\*   \*   \*

STIPULATION AND [PROPOSED] ORDER RE: FILING AMENDED COMPLAINT AND SETTING PLEADING SCHEDULE
Case No. C 06-07343 JW

- 3 -

716175.1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 21 2007

*/s/ James Ware*
JAMES WARE
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER RE: FILING AMENDED COMPLAINT AND SETTING PLEADING SCHEDULE
Case No. C 06-07343 JW

716175.1

- 4 -