JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JONATHAN B. GASKIN (STATE BAR NO. 203625)
jgaskin@orrick.com
BENJAMIN P. VAN HOUTEN (STATE BAR NO. 241355)
bvanhouten@orrick.com
LUCY E. BUFORD (STATE BAR NO.
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendants Bryan D. Stolle, Carol B. Schrader, Dorothy O. Wise, Thomas P. Shanahan, Gregory G. Schott, William R. Jamaca, Jeff G. Johnson, Carolyn V. Aver, Christopher Wong, Jay B. Fulcher, Nancy J. Schoendorf, Paul Wahl, and Klaus-Dieter Laidig and Nominal and Third-Party Defendant Agile Software Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re AGILE SOFTWARE CORPORATION DERIVATIVE LITIGATION | Master File No. 5:06-cv-07434-JW<br><br>~~PROPOSED~~ ORDER ON EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT |
| This Document Relates To: ALL ACTIONS | |

OHS West:260271838.3

PROPOSED ORDER ON
EXTENSION OF TIME TO RESPOND
5:06-CV-07434-JW

The Court, having considered the Stipulated Agreement Extending Defendants' Time To Respond To Plaintiffs' Amended Consolidated Complaint, and good cause appearing, HEREBY ORDERS as follows:

1. Defendants Bryan D. Stolle, Carol B. Schrader, Dorothy O. Wise, Thomas P. Shanahan, Gregory G. Schott, William R. Jamaca, Jeff G. Johnson, Carolyn V. Aver, Christopher Wong, Jay B. Fulcher, Nancy J. Schoendorf, Paul Wahl, and Klaus-Dieter Laidig and Nominal and Third-Party Defendant Agile Software Corporation shall have until August 22, 2007 to respond to Plaintiffs' Amended Consolidated Shareholder Class and Derivative Complaint.

\* \* \*

**ORDER**

**IT IS SO ORDERED.**

Dated: _____July 27  2007_____

_/s/ James Ware_
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE