1  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
2  JONATHAN B. GASKIN (STATE BAR NO. 203625)
   jgaskin@orrick.com
3  BENJAMIN P. VAN HOUTEN (STATE BAR NO. 241355)
   bvanhouten@orrick.com
4  LUCY E. BUFORD (STATE BAR NO.
   lbuford@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:    415-773-5700
   Facsimile:    415-773-5759
8
   Attorneys for Defendants Bryan D. Stolle, Carol B. Schrader,
9  Dorothy O. Wise, Thomas P. Shanahan, Gregory G. Schott,
   William R. Jamaca, Jeff G. Johnson, Carolyn V. Aver,
10 Christopher Wong, Jay B. Fulcher, Nancy J. Schoendorf, Paul
   Wahl, and Klaus-Dieter Laidig and Nominal and Third-Party
11 Defendant Agile Software Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re AGILE SOFTWARE CORPORATION DERIVATIVE LITIGATION<br><br>_____<br><br>This Document Relates To: ALL ACTIONS<br>_____ | Master File No. 5:06-cv-07434-JW<br><br>[PROPOSED] ORDER ON EXTENSION OF PAGE LIMITS FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT |

The Court, having considered the Stipulated Agreement Extending Page Limits For Defendants' Motions To Dismiss Plaintiffs' Amended Consolidated Complaint, and good cause appearing, HEREBY ORDERS as follows:

1. The brief supporting the Motion to Dismiss filed by Nominal Defendant Agile Software Corporation shall be no longer than 30 pages.

2. The brief supporting the Motion to Dismiss filed by the Individual Defendants shall be no longer than 30 pages.

3. The brief supporting the Motion to Dismiss filed by the Director Defendants shall be no longer than 15 pages.

* * *

**ORDER**

**IT IS SO ORDERED.**

Dated: August 22, 2007

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE