SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar
Nichole T. Browning
Alison K. Clark
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Agile Software Corporation Derivative Litigation | Case No. C 06-07434 JW<br><br>STIPULATION AND [PROPOSED] ORDER MOVING HEARING DATE |

WHEREAS, by Order dated March 15, 2007, this Court consolidated four shareholder derivative complaints filed on behalf of Agile Software Corporation, Inc. ("Agile" or the "Company") all of which allege damages and other injuries sustained by the Company as a result of defendants' stock option backdating and related misconduct;

WHEREAS, also by Order dated March 15, 2007, this Court set a hearing on Defendants' anticipated Motion to Dismiss for October 1, 2007;

WHEREAS, on June 29, 2007, Lead Plaintiffs Mary Jo Meek and Steven Rosen ("Lead Plaintiffs") filed their Amended Consolidated Complaint;

WHEREAS, on August 22, 2007, Defendants filed their Motions to Dismiss;

WHEREAS, by Stipulation and Order Setting Schedule dated May 21, 2007, Lead Plaintiffs shall have forty-five (45) days to respond to Defendants' Motions to Dismiss and Defendants shall have thirty (30) days to file and serve their Reply brief;

1   WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

2  efficiency, and will not cause prejudice to any party.

3   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and

4  Defendants, through their respective counsel of record, that the hearing currently scheduled for

5  October 1, 2007, shall be continued to December 10, 2007 at 9:00 a.m, subject to approval of the

6  Court.

7   IT IS SO STIPULATED.

8  Dated  August 29, 2007           SCHIFFRIN BARROWAY TOPAZ &
                                    KESSLER, LLP
9
                                         /s/
10                                  _____
                                    Alan R. Plutzik, Of Counsel (Bar No. 077785)
11                                  2125 Oak Grove Road, Suite 120
                                    Walnut Creek, California 94598
12                                  Telephone: (925) 945-0200

                                         -and-
13
                                    Eric L. Zagar
14                                  Nichole T. Browning
                                    Alison K. Clark
15                                  280 King of Prussia Road
                                    Radnor, PA 19087
16                                  Telephone: (610) 667-7706

17
   Dated:  August 29, 2007          LERACH COUGHLLIN STOIA GELLER
18                                  RUDMAN & ROBBINS LLP

19                                       /s/
                                    _____
20                                  Shawn A. Williams (Bar No. 213113)
                                    Monique C. Winkler (Bar No. 213031)
21                                  Aelish M. Baig (Bar No. 201279)
                                    100 Pine Street, Suite 2600
22                                  San Francisco, CA 94111
                                    Telephone: (415) 288-4545
23
                                         -and-
24
                                    Travis E. Downs III (Bar No. 148274)
25                                  Kathleen Herkenhoff (Bar No. 168562)
                                    Benny C. Goodman III (Bar No. 211302)
26                                  655 West Broadway, Suite 1900
                                    San Diego, CA 92101
27                                  Telephone: (619) 231-1058

28                                  *Counsel for Lead Plaintiffs*

STIPULATION AND [PROPOSED] ORDER MOVING HEARING DATE | 2
Case No. C 06-07343 JW
716175.1

Dated: August 29, 2007

ORRICK, HERRINGTON & SUTCLIFF LLP

_____/s/_____
James N. Kramer
Jonathan B. Gaskin
Benjamin P. Van Houten
Lucy E. Buford

*Attorneys for Defendants Bryan D. Stolle, Carol B. Schrader, Dorothy O. Wise, Thomas P. Shanahan, Gregory G. Schott, William R. Jamaca, Jeff G. Johnson, Carolyn V. Aver, Christopher Wong, Jay B. Fulcher, Nancy J. Schoendorf, Paul Wahl, and Klaus-Dieter Laidig and Nominal and Third-Party Defendant Agile Software Corporation*

\*  \*  \*

**Attestation Pursuant To General Order 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of August, 2007 at Walnut Creek, California.

_____/s/ Alan R. Plutzik_____

\*  \*  \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 30, 2007

_____/s/ James Ware_____
JAMES WARE
United States District Judge