**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10                                          NO. C 06-07434 JW

11                                          **ORDER VACATING CASE**
      In Re Agile Software Corporation      **MANAGEMENT CONFERENCE**
12    Derivative Litigation

13    _____/

14          In light of the Defendants' motion to dismiss presently scheduled for a hearing on December

15    10, 2007, the Court **VACATES** the case management conference scheduled for October 1, 2007.

16    The Court will set a new case management conference in its Order addressing Defendants' motion to

17    dismiss.

18

19    Dated:  September 27, 2007              _____
                                             JAMES WARE
20                                           United States District Judge

21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alan Roth Plutzik aplutzik@bramsonplutzik.com
Benjamin Paul Van Houten bvanhouten@orrick.com
3  James Neil Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
4  Lucy Edmond Buford lbuford@orrick.com
Monique C. Winkler e_file_sd@csgrr.com
5  Shawn A. Williams shawnw@csgrr.com
Travis E. Downs travisd@csgrr.com
6  William S. Lerach e_file_sf@lerachlaw.com

7

8  **Dated:  September 27, 2007**                **Richard W. Wieking, Clerk**

9                                                **By:    /s/ JW Chambers**
                                                   **Elizabeth Garcia**
10                                                  **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28