SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Nichole Browning
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Eric L. Zagar
Alison K. Clark
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Additional Counsel for Lead Plaintiffs Appear on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re Agile Software Corporation Derivative Litigation | Case No. C 06-07434 JW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |

WHEREAS, by Order dated March 15, 2007, this Court consolidated four shareholder derivative complaints filed on behalf of Agile Software Corporation, Inc. ("Agile" or the "Company") all of which allege damages and other injuries sustained by the Company as a result of defendants' stock option backdating and related misconduct;

WHEREAS, also by Order dated March 15, 2007, this Court set a hearing on Defendants' anticipated Motion to Dismiss for October 1, 2007;

WHEREAS, on June 29, 2007, Lead Plaintiffs Mary Jo Meek and Steven Rosen ("Lead Plaintiffs") filed their Amended Consolidated Complaint;

WHEREAS, on August 22, 2007, Defendants filed their Motions to Dismiss;

WHEREAS, by Second Stipulation and Order Setting Schedule dated October 10, 2007, Lead Plaintiffs shall respond to Defendants' Motions to Dismiss by October 23, 2007, Defendants shall file and serve their Reply brief by December 4, 2007 and the hearing on the Motions to Dismiss shall be held on January 14, 2008;

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE | 1
Case No. C 06-07343 JW
716175.1

1  WHEREAS, due to emergency circumstances, Lead Plaintiffs seek a short extension of time and Defendants do not oppose;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Lead Plaintiffs and Defendants, through their respective counsel of record and subject to the approval of this Court as follows:

1. Lead Plaintiffs shall file and serve their opposition to Defendants' Motions to Dismiss the Consolidated Complaint no later than October 30, 2007; and

2. Defendants shall file and serve any reply no later than December 11, 2007.

IT IS SO STIPULATED.

Dated October 23, 2007

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

/s/
--------------------------------
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Nichole T. Browning
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Eric L. Zagar
Alison K. Clark
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Counsel for Lead Plaintiffs*

Dated: October 23, 2007

COUGHLLIN STOIA GELLER RUDMAN & ROBBINS LLP

/s/
--------------------------------
Shawn A. Williams (Bar No. 213113)
Monique C. Winkler (Bar No. 213031)

|   |   |
|---|---|
| 1 | Aelish M. Baig (Bar No. 201279) |
| 2 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA 94111 |
| 3 | Telephone: (415) 288-4545 |
|   | -and- |
| 4 | Travis E. Downs III (Bar No. 148274) |
|   | Kathleen Herkenhoff (Bar No. 168562) |
| 5 | Benny C. Goodman III (Bar No. 211302) |
|   | 655 West Broadway, Suite 1900 |
| 6 | San Diego, CA 92101 |
| 7 | Telephone: (619) 231-1058 |
| 8 | *Counsel for Lead Plaintiffs* |

Dated: October 23, 2007          ORRICK, HERRINGTON & SUTCLIFF LLP

                                 _____/s/_____
                                 James N. Kramer
                                 Jonathan B. Gaskin
                                 Benjamin P. Van Houten
                                 Lucy E. Buford
                                 The Orrick Building
                                 405 Howard Street
                                 San Francisco, CA 94105
                                 Telephone: 415/773-5700
                                 415/773-5759 (fax)

*Attorneys for Defendants Bryan D. Stolle, Carol B. Schrader, Dorothy O. Wise, Thomas P. Shanahan, Gregory G. Schott, William R. Jamaca, Jeff G. Johnson, Carolyn V. Aver, Christopher Wong, Jay B. Fulcher, Nancy J. Schoendorf, Paul Wahl, and Klaus-Dieter Laidig and Nominal and Third-Party Defendant Agile Software Corporation*

I, Alan R. Plutzik, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE. I hereby attest that each of the two signatories identified above has concurred in this filing.

                      *   *   *

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __October 23, 2007__          _____/s/ James Ware_____
                                     JAMES WARE
                                     United States District Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE         3
Case No. C 06-07343 JW
716175.1