IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Agile Software Corporation, Derivative Litigation | NO. C 06-07434<br>**ORDER CONTINUING HEARING ON DEFENDANTS' VARIOUS MOTIONS** |

    A hearing on Defendants' various motions is currently scheduled for January 14, 2008. To give the parties sufficient time to argue their motions, the Court specially sets the hearing for **January 18, 2008, at 11 a.m.**

Dated: January 9, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Darren Jay Robbins darrenr@csgrr.com
Shawn A. Williams shawnw@csgrr.com
Travis E. Downs, III travisd@csgrr.com
William S. Lerach e_file_sf@lerachlaw.com
Alan Roth Plutzik aplutzik@bramsonplutzik.com
Kathleen Ann Herkenhoff kathyh@csgrr.com
Monique C. Winkler e_file_sd@csgrr.com
James Neil Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Lucy Edmond Buford lbuford@orrick.com
Benjamin Paul Van Houten bvanhouten@orrick.com

**Dated: January 9, 2008**     **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**