IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Agile Software Corporation, Derivative Litigation | NO. C 06-07434 JW<br>**ORDER RE: HEARING ON VARIOUS MOTIONS** |

Pending before the Court are Defendants' various motions to dismiss. (See Docket Item Nos. 46, 48, and 50.) In response to these motions, Plaintiffs have indicated that they will seek leave to amend the complaint to include allegations of fraud by the Board of Directors of Oracle Corporation. (See Docket Item No. 67.)

A hearing on Defendants' motion is currently scheduled for **Thursday, January 24, 2008.** In advance of the hearing, Plaintiffs shall submit a clear and concise summary of their proposed allegations regarding fraud by the Board of Directors of Oracle Corporation. Plaintiffs shall file their statement no later than **2 p.m. on Tuesday, January 22, 2008.** Defendants shall file a response, if any, no later than **2 p.m. on Wednesday, January 23, 2008.**

Dated: January 18, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Roth Plutzik aplutzik@bramsonplutzik.com
Benjamin Paul Van Houten bvanhouten@orrick.com
James Neil Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Kathleen Ann Herkenhoff kathyh@csgrr.com
Lucy Edmond Buford lbuford@orrick.com
Monique C. Winkler e_file_sd@csgrr.com
Shawn A. Williams shawnw@csgrr.com
Travis E. Downs travisd@csgrr.com
William S. Lerach e_file_sf@lerachlaw.com

**Dated: January 18, 2008**       **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
   **Elizabeth Garcia**
   **Courtroom Deputy**