1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone:  415/288-4545
   415/288-4534 (fax)
6  johng@csgrr.com
   shawnw@csgrr.com
7  mwinkler@csgrr.com
   abaig@csgrr.com
8        – and –
   TRAVIS E. DOWNS III (148274)
9  KATHLEEN A. HERKENHOFF (168562)
   BENNY C. GOODMAN III (211302)             SCHIFFRIN BARROWAY TOPAZ
10 MARY LYNNE CALKINS (212171)                  & KESSLER LLP
   655 West Broadway, Suite 1900             LEE D. RUDY
11 San Diego, CA  92101                      ALISON K. CLARK
   Telephone:  619/231-1058                  280 King of Prussia Road
12 619/231-7423 (fax)                        Radnor, PA  19087
   travisd@csgrr.com                         Telephone:  610/667-7706
13 kathyh@csgrr.com                          610/667-7056 (fax)
   bgoodman@csgrr.com                        lrudy@sbtklaw.com
14 mcalkins@csgrr.com                        aclark@sbtklaw.com

15 Co-Lead Counsel for Plaintiffs

16 [Additional counsel appear on signature page.]

17                   UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | In re AGILE SOFTWARE CORPORATION DERIVATIVE LITIGATION ) ) ) | Lead Case No. C-06-07434-JW |
| 21 | ) ) | STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION |
| 22 | This Document Relates To: ) ) | |
| 23 |     ALL ACTIONS. ) ) | |

1  WHEREAS, all parties agree to dismissal of the above-entitled action without prejudice
2 pursuant to Federal Rule of Civil Procedure 41(a)(1);
3  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties,
4 through their respective counsel of record, as follows:
5  1. Plaintiffs dismiss this action against defendants without prejudice; and
6  2. Each party shall bear its own costs and attorneys' fees.
7  IT IS SO STIPULATED.

8 DATED: February 20, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS


               s/ KATHLEEN A. HERKENHOFF
               KATHLEEN A. HERKENHOFF

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION - C-06-07434-JW    - 1 -

|  |  |
|---|---|
| 1 | |
| 2 | SCHIFFRIN BARROWAY TOPAZ <br> & KESSLER LLP <br> LEE D. RUDY <br> ALISON K. CLARK <br> 280 King of Prussia Road <br> Radnor, PA  19087 <br> Telephone:  610/667-7706 <br> 610/667-7056 (fax) |
| 6 | SCHIFFRIN, BARROWAY, TOPAZ <br> & KESSLER, LLP <br> ALAN R. PLUTZIK <br> NICHOLE BROWNING <br> 125 Oak Grove Road, Suite 120 <br> Walnut Creek, CA  94598 <br> Telephone:  925/945-0200 <br> 925/945-8792 (fax) |
| | Co-Lead Counsel for Plaintiffs |

   I, Kathleen A. Herkenhoff, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Dismissal of Action.  In compliance with General Order 45, X.B., I hereby attest that Jonathan B. Gaskin has concurred in this filing.

DATED:  February 20, 2008    ORRICK, HERRINGTON & SUTCLIFFE LLP
                              JAMES N. KRAMER
                              JONATHAN B. GASKIN
                              BENJAMIN P. VAN HOUTEN
                              LUCY E. BUFORD


                                    s/ JONATHAN B. GASKIN
                                    JONATHAN B. GASKIN

                              The Orrick Building
                              405 Howard Street
                              San Francisco, CA  94105
                              Telephone:  415/773-5700
                              415/773-5759 (fax)

                              Attorneys for Defendants

                    *     *     *

**O R D E R**

PURSUANT TO THE STIPULATION REGARDING DISMISSAL OF ACTION FILED BY THE PARTIES:

   1.   The above-entitled action is dismissed against defendants without prejudice; and

1   2.   Each party shall bear its own costs and attorneys' fees.

2   IT IS SO ORDERED.

3   DATED: _____   _____
                                       THE HONORABLE  JAMES WARE
4                                      UNITED STATES DISTRICT JUDGE

5   S:\CasesSD\Agile Software Derivative\S_O00049185_Dismissal.doc

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 20, 2008.

 s/ KATHLEEN A. HERKENHOFF
 KATHLEEN A. HERKENHOFF

 COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
 655 West Broadway, Suite 1900
 San Diego, CA  92101-3301
 Telephone: 619/231-1058
 619/231-7423 (fax)

 E-mail:KathyH@csgrr.com

# Mailing Information for a Case 5:06-cv-07434-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lucy Edmond Buford**
  lbuford@orrick.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Jonathan B. Gaskin**
  jgaskin@orrick.com,mticzon@orrick.com

- **Kathleen Ann Herkenhoff**
  kathyh@csgrr.com,e_file_sd@csgrr.com

- **James Neil Kramer**
  jkramer@orrick.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Benjamin Paul Van Houten**
  bvanhouten@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,travisd@csgr

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```